**WO** LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Michael Villalobos, | ) | No. CV 05-3619-PHX-NVW (VAM) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| F.A. Beghin, et al., | ) | |
| Defendants. | ) | |

Plaintiff, currently confined in the Lower Buckeye Jail in Phoenix, Arizona, has filed a *pro se* Complaint pursuant to § 1983. Plaintiff has not paid the $250.00 filing fee, nor has he properly applied to proceed *in forma pauperis*.

**A.   Payment of Filing Fee**

Pursuant to 28 U.S.C. § 1915(b)(1), Plaintiff must pay the $250.00 filing fee when he files a civil action. If granted the privilege of proceeding *in forma pauperis*, he will be permitted to pay the fee incrementally instead of in a lump sum. To apply to proceed *in forma pauperis*, a prisoner must submit an affidavit of indigence, a consent to collection of fees from the prisoner's trust account, and a certified copy of his trust account statement for the six months preceding the filing of the Complaint. If Plaintiff was held at more than one institution for the six months preceding the filing of the Complaint, he must include a certified account statement from an appropriate official at each of the institutions where he was confined.

**JDDL**

The Court then shall assess and, when funds exist, collect an initial partial filing fee of 20% of the greater amount of either the average monthly deposits or the average monthly balance in Plaintiff's account for the six months immediately preceding the filing. 28 U.S.C. § 1915(b)(1). After payment of the initial partial filing fee, Plaintiff shall be required to make monthly payments equaling 20% of the preceding month's income credited to his account. 28 U.S.C. § 1915(b)(2). The agency having custody of Plaintiff will forward payments from his account to the Clerk of Court each time the amount in the account exceeds $10.00 until the filing fee is paid. Id.

**B.     Application Fails to Comply With Statute**

Plaintiff has submitted an affidavit of indigence. He has not, however, submitted a copy of his certified trust account statement for the six-month period immediately preceding the filing of his Complaint. He also has failed to have the proper official fill out the Certificate of Correctional Official as to Status of Applicant's Trust Account. In light of these deficiencies, Plaintiff will be permitted 30 days to file a properly certified six-month trust account statement.

**C.     Warning of Possible Dismissal Pursuant to Rule 41**

Plaintiff should take notice that if he fails to timely comply with every provision of this Order, or any order entered in this matter, this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir.) (district court may dismiss action for failure to comply with any order of the Court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED that:**

(1) Plaintiff shall have **30 days** from the date this Order is filed in which to either pay the $250.00 filing fee or properly apply to proceed *in forma pauperis* as described in this Order.

(2) The Clerk of Court is directed to enter dismissal of this action without prejudice and without further notice to Plaintiff if Plaintiff fails to comply within 30 days.

1        (3) At all times during the pendency of this action, Plaintiff shall immediately advise
2 the Court and the Defendants of any change of address and its effective date.  Such notice
3 shall be captioned "NOTICE OF CHANGE OF ADDRESS."  The notice shall contain only
4 information pertaining to the change of address and its effective date.  The notice shall not
5 include any motions for any other relief.  Failure to file a Notice of Change of Address may
6 result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the
7 Federal Rules of Civil Procedure.
8        (4) A clear, legible copy of every pleading or other document filed shall accompany
9 each original pleading or other document filed with the Clerk for use by the District Judge
10 or Magistrate Judge to whom the case is assigned.  See LRCiv 5.4.  Failure to comply with
11 this requirement may result in the pleading or document being stricken without further notice
12 to Plaintiff.
13        (5) The Clerk of Court shall send Plaintiff an Application to Proceed *In Forma*
14 *Pauperis* by a Prisoner Civil (Non-Habeas).
15        DATED this 16th day of November, 2005.

                                    _____
                                         Neil V. Wake
                                    United States District Judge

JDDL                                  - 3 -